LETICIA BELTREZ, as Administratrix of the Estate of MARIANO S. BELTRE, Deceased, Appellant, v PAUL CHAMBLISS, M.D., et al., Respondents, et al., Defendants. [890 NYS2d 825]

Plaintiff failed to demonstrate that she had a reasonable excuse for her delay in serving the complaint after defendants served their demand for it and a meritorious cause of action

(CPLR 3012 [b], [d]; *see e.g. Jee Foo Realty Corp. v Lemle,* 259 AD2d 401 [1999]).

Contrary to plaintiff's contention, service of the demand extended defendants' time to appear in the action until 20 days after plaintiff served her complaint (CPLR 3012 [b]). Concur—Andrias, J.P., Friedman, Acosta, DeGrasse and Román, JJ.